UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., on behalf of themselves and all others similarly situated,<br><br>Movant,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Respondent. | Misc. Civil Action No. 24-04625 (MCA) (JSA)<br><br>Related Civil Action No. 17-01775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>*Document Electronically Filed*<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that Jonathan M. Streisfeld hereby respectfully withdraws as counsel for Plaintiffs in this matter and should no longer receive ECF notifications for the above-captioned case.

Dated: April 19, 2024
      Newark, New Jersey

By: */s/ Gregory S. Mullens*
Gregory S. Mullens
CALCAGNI & KANEFSKY LLP
One Newark Center
1085 Raymond Blvd., 14th Fl.
Newark, New Jersey 07102
gmullens@ck-litigation.com

*Attorneys for Plaintiffs*

**SO ORDERED.**

Dated: **April 22, 2024**

*/s/ Jessica S. Allen*
Hon. Jessica S. Allen
United States Magistrate Judge